# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAWN KOEHNEN,<br><br>        Plaintiff(s),<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>        Defendant(s). | Case No. 2:16-cv-01059-JCM-NJK<br><br>ORDER |

Pending before the Court is the parties failure to file a discovery plan as required by the local rules. *See* Local Rule 26-1. Also pending before the Court is Plaintiff's failure to comply with the order to file a request to substitute counsel by June 17, 2016. *See* Docket No. 7. The Court hereby **SETS** a status hearing for 11:00 a.m. on July 25, 2016, in Courtroom 3B.

IT IS SO ORDERED.

DATED: July 18, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge