UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAWN KOEHNEN, <br>             Plaintiff(s), <br> vs. <br> STANDARD INSURANCE COMPANY, <br>             Defendant(s). | Case No. 2:16-cv-01059-JCM-NJK <br><br> ORDER <br><br> (Docket No. 9) |

      Pending before the Court is Defendant's motion for its counsel to appear telephonically at the hearing set for July 25, 2016. Docket No. 9. Defendant provides two reasons for this request. The first reason is that counsel actually lives in Arizona (and works primarily in Arizona) despite filing documents in this case using her law firm's Las Vegas address. *See id.* That is not a justification for appearing telephonically. Indeed, the local rules are designed to ensure that every party has counsel physically located in this state, whether that be lead counsel or associated counsel. *See, e.g.*, Local Rule IA 11-1. Defendant fails to explain why attorneys in counsel's Las Vegas office are unable to attend the hearing.

      The pending motion also asserts that counsel has a scheduling conflict with another telephonic hearing in a separate matter pending in Colorado. Although not elaborated, the Court assumes that the logistics of appearing telephonically at that hearing would be significantly complicated were counsel to appear in person at the hearing in this case. In light of that conflicting hearing, the Court will **GRANT** the pending motion to appear telephonically.

Accordingly, Defendant's counsel may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: July 21, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge