UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAWN KOEHNEN, | ) | |
| | ) | Case No. 2:16-cv-01059-JCM-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STANDARD INSURANCE COMPANY, | ) | (Docket No. 12) |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is a motion to substitute as counsel for Plaintiff. Docket No. 12. Such a request for relief must, *inter alia*, be signed by the substituting attorney, the substituted attorney, and the client. *See* Local Rule IA 11-6(c). To that end, the Court provides a form on its website. The pending motion references an "attached substitute form," but that form is not signed by either counsel. Moreover, while that form is signed by the client, it contains no information about the case (including the caption or number) nor does it identify the attorneys being substituted. *See* Docket No. 12 at 3. A client's signature on a blank form is ineffective. Accordingly, the motion is hereby **DENIED**. A proper motion to substitute counsel shall be filed by July 28, 2016. **Failure to comply with this order may result in the imposition of sanctions, up to and including case-dispostive sanctions and monetary sanctions imposed on counsel.**

//

//

//

1       Lastly, the Court reiterates its sentiment expressed from the bench that it is concerned by the
2 level of lawyering exhibited in this case. Mr. Smith is advised that he must familiarize himself with
3 the rules applicable to practicing in this Court and is expected to invest an appropriate amount of
4 time to represent his client more effectively.
5       IT IS SO ORDERED.
6       Dated: July 27, 2016

                                                                                     NANCY J. KOPPE
                                                                                    United States Magistrate Judge