UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAWN KOEHNEN, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> STANDARD INSURANCE COMPANY, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:16-cv-01059-JCM-NJK <br><br> ORDER <br><br> (Docket No. 20) |

Pending before the Court is an interim status report, Docket No. 20, which fails to comply with the local rules in several respects. First, Plaintiff's counsel did not participate in the preparation and filing of the status report, *see id.* at 1 n.1, in violation of the requirement at the parties jointly file the status report, *see* Local Rule 26-3. Second, the local rules outline several types of information that must be included in the status report, *see id.*, none of which is included in the status repot filed, *see* Docket No. 20. The Court hereby **ORDERS** counsel to review Local Rule 26-3 (as amended, May 1, 2016) and to file an amended joint status report that complies with the Local Rules by December 19, 2016.

Even more significantly, the status report reveals that the parties have engaged in no discovery to date. *See* Docket No. 20 at 1. On July 29, 2016, the parties filed a proposed discovery plan seeking an extended discovery period due to "out-of-state travel required for depositions of Standard, anticipated constraints on scheduling depositions of physicians and other medical care givers, and the need to complete primary discovery before designation and depositions of the parties

1 experts." Docket No. 15 at 1.  On August 1, 2016, the Court granted that request for an extended 2 discovery period.  *See* Docket No. 17.  The conduct of the parties, however, is inconsistent with their 3 previous position.  For example, Plaintiff's expert disclosure deadline has already passed, *see id.* at 4 3 (establishing deadline of November 30, 2016), and primary discovery has not even begun let alone 5 been completed.  The Court hereby **SETS** a discovery hearing to discuss how the parties intend to 6 complete discovery by the discovery cutoff of February 10, 2017.  The hearing will take place at 7 10:00 a.m. on December 21, 2016, in Courtroom 3D.

8  IT IS SO ORDERED.

9  Dated: December 13, 2016

  _____
  NANCY J. KOPPE
  United States Magistrate Judge