UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAWN KOEHNEN, | ) | |
| | ) | Case No. 2:16-cv-01059-JCM-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STANDARD INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

In light of the notice of settlement, Docket No. 23, the Court hereby **VACATES** the requirement to file an amended status report and **VACATES** the hearing set for December 21, 2016, *see* Docket No. 22. Dismissal papers shall be filed no later than **January 12, 2017**.

IT IS SO ORDERED.

Dated: December 14, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge