Ann-Martha Andrews
State Bar No. 7585
Nicole M. True
State Bar No. 12879
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Tel: 602.262.5311
Fax: 602.262.5747
E-mail:aandrews@lrrc.com

*Attorneys for Defendant Standard Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAWN KOEHNEN,<br><br>            Plaintiff,<br><br>     vs.<br><br>STANDARD INSURANCE COMPANY, a corporation; DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO.  2:16-CV-01059-JCM-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice.  Each party will bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

100196210_1

DATED January 3, 2017.

| | |
|---|---|
| JAMES E. SMITH, ESQ. | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By:*/s/ James E. Smith (with permission)* | By: */s/ Ann-Martha Andrews* |
| James E. Smith<br>State Bar No. 52<br>E-mail:  jamesedwardsmith@aol.com<br>7251 W. Lake Mead Blvd.<br>Suite 300<br>Las Vegas, NV  89128<br>Tel:  702 562-4209<br>Fax:  702 869-4636<br>*Attorneys for Plaintiff* | Ann-Martha Andrews<br>State Bar No. 7585<br>Nicole M. True<br>State Bar No. 12879<br>E-mail:  aandrews@lrrc.com<br>            ntrue@lrrc.com<br>201 East Washington Street, Suite 1200<br>Phoenix, AZ 85004-2595<br>Tel: 602.262.5311<br>Fax: 602.262-5747<br>*Attorneys for Defendant Standard Insurance Company* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** January 5, 2017